PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Received  
2007 MAR 20 P 3:02  
UNITED STATES  
DISTRICT COURT

Name of Offender: Latasha Battle                                              Cr.: 03-00187-005

Name of Sentencing Judicial Officer: Honorable John W. Bissell

Date of Original Sentence: 08/03/04

Original Offense: Bank Fraud

Original Sentence: time served; 3 years supervised release; $8,500.00 restitution; $100 special assessment. Special conditions: 3 months home confinement with electronic monitoring, financial disclosure, and no new debt.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 08/03/04

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The defendant is to be confined to her residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. In lieu of the outstanding restitution obligation, the defendant is excused from paying the costs of electronic monitoring.

## CAUSE

1) Battle failed to submit truthful and complete monthly written reports within the allotted time period.

2) Battle associated with a person convicted of a felony without the permission of the probation office. Specifically, on December 30, 2006, the undersigned Probation Officer observed Battle socializing with Rickey Boyd, a charged co-conspirator in the instant offense.

Respectfully submitted,

By: Joseph Empirio  
U.S. Probation Officer  
Date: 02/21/07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

March 15, 2007  
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires.

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee
Joseph Empirio                        Latasha Battle

_____
DATE